JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-03439-SSS-BFM | Date | January 22, 2026 |
|---|---|---|---|
| Title | *Edgar Antonio Fregoso Rodriguez v. Ernesto Santacruz Jr. et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING FOR FAILURE TO RESPOND TO ORDER TO SHOW CAUSE [DKT. NO. 15]**

On January 15, 2026, the Court issued an Order to Show Cause after Respondents submitted a Response to the Court's Order Granting Petitioner's ex parte Application for Temporary Restraining Order that reflected receipt of bond hearing by Petitioner. [Dkt. No. 15]. Petitioner was then ordered to show cause as to why the case should not be dismissed for mootness. [*Id.*]. The deadline to submit a response to the Order was on January 21, 2026. Petitioner has not submitted a response to the Court at this time.

Because it appears Petitioner has received the relief as requested in the initial Habeas Petition, the Court hereby **DISMISSES AS MOOT** the entire action.

**IT IS SO ORDERED.**